IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS RODRIGUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE MAHALLY, et al. | : | NO. 17-2160 |

**ORDER**

AND NOW, this 5TH day of March, 2017, upon careful and independent consideration of the motion to amend, the petition for writ of habeas corpus, the responses to both, and after review of the Report and Recommendation ① of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The motion to stay consideration of the habeas petition is GRANTED.

3. The petition for writ of habeas corpus is placed in suspense until the conclusion of the state court proceedings.

4. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

5. The Order requiring the District Attorney to answer the habeas petition (Doc. 7) is VACATED.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

① Motion for Extension of Time (doc 15) is Denied as moot.