IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS RODRIGUEZ,                      :
                                     :    CIVIL ACTION
        Petitioner,                  :    NO. 17-2160
                                     :
        v.                           :
                                     :
LAWRENCE MAHALLY, et al.,            :
                                     :
        Respondents.                 :

**ORDER**

**AND NOW**, this **20th** day of **January, 2021,** after considering Petitioner's Motion for Continuance of the Stay and Abeyance Order (ECF No. 20) and Respondents' Response thereto (ECF No. 25), it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1.   Petitioner's Motion (ECF No. 20) is **GRANTED**.

2.   The petition for writ of habeas corpus will continue to be placed in suspense until the conclusion of the state court proceedings.

3.   Petitioner and Respondents shall notify the Court within thirty days of the conclusion of the state court proceedings so that the habeas petition may proceed in this Court.

        **AND IT IS SO ORDERED.**

                                */s/ Eduardo C. Robreno*
                                **EDUARDO C. ROBRENO, J.**